PROB 22

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Tran. Court)*
2:03CR00175-001

**DOCKET NUMBER** *(Rec. Court)*
CR 07 00768 RMW

FILED
2007 DEC -4  A 8:02
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

E-FILING

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| RALPH ERNEST MUNGARAY<br>Gilroy, California | Eastern District of California | Sacramento |
| | **NAME OF SENTENCING JUDGE**<br>FRANK C. DAMRELL, JR. | |
| | **DATES OF SUPERVISED RELEASE:** | **FROM** 06/07/2007    **TO** 06/06/2010 |

**OFFENSE**    18 USC 2113(a) - Bank Robbery

## PART 1 - ORDER TRANSFERRING JURISDICTION

### UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

**IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised releasee may be changed by the District Court to which this transfer is made without further inquiry of this court.*

11/1/07
*Date*

*United States District Judge*

## PART 2 - ORDER ACCEPTING JURISDICTION

### UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

**IT IS HEREBY ORDERED** that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

11/29/07
*Effective Date*

Ronald M. Whyte
*United States District Judge*

CC:    United States Attorney

Rev. 11/2006
TRANSFER OF JURIS (PROB22).MRG