# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

**FILED**

### OFFICE OF THE CLERK
### 501 "I" Street
### Sacramento, CA 95814

2007 DEC 17 A 9: 12

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

USDC Northern District of Calfornia
Clerk's Office
280 South 1st Street
San Jose, CA 95113

CR: 07-00768-RMW

**RE:**      USA vs.
**USDC No.:** 2:03–CR–00175–FCD

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated December 11, 2007, transmitted herewith are the following documents.

**Paper Documents: Indictment, Judgment and Commitment and Docket Sheet**
**Electronic Documents: 16**

   Documents maintained electronically by the district court are accessible through
   PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please <u>acknowledge</u> receipt on the extra copy of this letter and return to the Clerk's Office.

                            Very truly yours,

**December 12, 2007**       /s/ L. Mena–Sanchez
                            _____
                            Deputy Clerk

**RECEIVED BY:**  Tiffany Salinas-Harwell
                  _____
                  Please Print Name

**DATE RECEIVED:** DEC 17 2007
                   _____

**NEW CASE NUMBER:** 07-00768 RMW
                     _____

PROB 22

**ORIGINAL**
**TRANSFER OF JURISDICTION**

07 DEC -4 AM 8:03

RICHARD W. WIEKING

CR 07 00768 RMW

**FILED**
DEC 11 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
_____
DEPUTY CLERK

| DOCKET NUMBER (Tran. Court) |
|---|
| 2:03CR00175-001 |

| DOCKET NUMBER (Rec. Court) |
|---|
| |

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| RALPH ERNEST MUNGARAY<br>Gilroy, California | Eastern District of California | Sacramento |

**NAME OF SENTENCING JUDGE**

FRANK C. DAMRELL, JR.

| DATES OF SUPERVISED RELEASE: | FROM<br>06/07/2007 | TO<br>06/06/2010 |
|---|---|---|

**OFFENSE**   18 USC 2113(a) - Bank Robbery

### PART 1 - ORDER TRANSFERRING JURISDICTION

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised releasee may be changed by the District Court to which this transfer is made without further inquiry of this court.*

11/1/07
_____
Date

_____
United States District Judge

### PART 2 - ORDER ACCEPTING JURISDICTION

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

11/29/07
_____
Effective Date

Ronald M. Whyte
_____
United States District Judge

CC:   United States Attorney

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: **VICTORIA C. MINOR**
Clerk, U.S. District Court
Eastern District of California
By _____
Deputy Clerk
Dated   12/12/07

Rev. 11/2006
TRANSFER OF JURIS (PROB22).MRG

Case 5:07-cr-00768-RMW   Document 2   Filed 12/17/2007   Page 3 of 16
Case 2:03-cr-00175-FCD   Document 13   Filed 10/03/2003   Page 1 of 6
AO 245B-CAED (Rev. 9/01) Sheet 1 - Judgment in a Criminal Case



# United States District Court
## Eastern District of California

OCT - 3 2003
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
v.
**RALPH ERNEST MUNGARAY**

JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)
Case Number: **2:03CR00175-001**

**MATTHEW C. BOCKMON. AFD**
Defendant's Attorney

**THE DEFENDANT:**
[✓] pleaded guilty to count <u>One of the Indictment</u>.
[ ] pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. 2113(a) | Bank Robbery | 03/13/2003 | 1 |

The defendant is sentenced as provided in pages 2 through <u>6</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on counts(s) ___ and is discharged as to such count(s).

[✓] Counts <u>2 of the Indictment</u> is dismissed on the motion of the United States.

[ ] Indictment is to be dismissed by District Court on motion of the United States.

[✓] Appeal rights given.          [✓] Appeal rights waived.

I hereby certify that the annexed instrument is a true and correct copy the original on file in my office.
ATTEST: **VICTORIA C. MINO**
Clerk, U. S. District Court
Eastern District of California
By _Ximena Sancho_
Deputy Clerk
Dated 12-13-07

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: ███████
Defendant's Date of Birth: ███████
Defendant's USM No.: 14447-097

Defendant's Residence Address:
443 B South Street
Plainville, MA 02762

Defendant's Mailing Address:
443 B South Street
Plainville, MA 02762
(Norfolk County)

9/29/2003
Date of Imposition of Judgment

_signature_
Signature of Judicial Officer

**FRANK C. DAMRELL, JR.**
United States District Judge
Name & Title of Judicial Officer

October 3, 2003
Date

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: **JACK L. WAGNER**
Clerk, U. S. District Court
Eastern District of California
By _signature_
Deputy Clerk
Dated 10/3/03

13

Case 5:07-cr-00768-RMW   Document 2   Filed 12/17/2007   Page 4 of 16
Case 2:03-cr-0175-FCD   Document 13   Filed 03/2003   Page 2 of 6
AO 245B-CAED (Rev. 9/01)  Sheet 2 - Imprisonment

CASE NUMBER: 2:03CR00175-001 Judgment - Page 2 of 6
DEFENDANT: RALPH ERNEST MUNGARAY

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 57 months.

[✓] The court makes the following recommendations to the Bureau of Prisons:
The Court recommends the defendant participate in the 500-Hour Bureau of Prisons Substance Abuse Treatment Program but only insofar as this accords with security classification and space availability. Additionally, the Court recommends that the defendant be imprisoned in Northern California or Oregon facility.

[✓] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___.
[ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.
If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

AO 245B-CAED (Rev. 9/01) Sheet 3 - Supervised Release

CASE NUMBER: 2:03CR00175-001  Judgment - Page 3 of 6
DEFENDANT: RALPH ERNEST MUNGARAY

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of 36 months.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

[✓] The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

[ ] The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check if applicable.)

[✓] The defendant shall not possess a firearm as defined in 18 U.S.C. § 921. (Check if applicable).

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page (if indicated below).

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere, and shall permit confiscation of any contraband observed in plain view by the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Case 5:07-cr-00768-RMW    Document 2    Filed 12/17/2007    Page 6 of 16
Case 2:03-cr-0 75-FCD    Document 13    Filed   )3/2003    Page 4 of 6
AO 245B-CAED (Rev. 9/01) Sheet 3 - Supervised Release

Judgment - Page 4 of 6

CASE NUMBER:       2:03CR00175-001
DEFENDANT:         RALPH ERNEST MUNGARAY

# SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall submit to the search of his person, property, home, and vehicle by a United States Probation Officer, or any other authorized person under the immediate and personal supervision of the probation officer, without a search warrant. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

2. As directed by the probation officer, the defendant shall participate in a correctional treatment program (inpatient or outpatient) to obtain assistance for drug or alcohol abuse.

3. As directed by the probation officer, the defendant shall participate in a program of testing (i.e. breath, urine, sweat patch, etc.) to determine if he has reverted to the use of drugs or alcohol.

4. The defendant shall abstain from the use of alcoholic beverages and shall not frequent those places where alcohol is the chief item of sale.

5. As directed by the probation officer, the defendant shall participate in a co-payment plan for treatment or testing and shall make payment directly to the vendor under contract with the United States Probation Office of $5 per month.

AO 245S-CAED (Rev. 9/01) Sheet 5, Part B - Criminal Monetary Penalties

CASE NUMBER: 2:03CR00175-001          Judgment - Page 5 of 6
DEFENDANT: RALPH ERNEST MUNGARAY

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the Schedule of Payments set forth on Sheet 5, Part B.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $ 100.00 | $ | $ |

[ ]  If applicable, restitution amount ordered pursuant to plea agreement .......... $____

# FINE

The above fine includes costs of incarceration and/or supervision in the amount of $ _.

The defendant shall pay interest on any fine of more than $2500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. §3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for default and delinquency pursuant to 18 U.S.C. §3612(g).

[ ]  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    [ ]  The interest requirement is waived.

    [ ]  The interest requirement is modified as follows:

# RESTITUTION

[ ]  The determination of restitution is deferred in a case brought under Chapters 109A, 100, 110A and 113A of Title 18 for offenses committed on or after 09/13/1994, until up to 60 days. An amended Judgment in a Criminal Case will be entered after such determination.

[ ]  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    [ ]  The interest requirement is waived.

    [ ]  The interest requirement is modified as follows:

[ ]  The defendant shall make restitution to the following payees through the U.S. District Court, in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order of percentage payment column below.

| Name of Payee | **Total Amount of Loss | Amount of Restitution Ordered | Priority Order or % of Pymnt |
|---|---|---|---|
| | TOTALS: | $ ___ | $ ___ |

** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994.

AO 245S-GAED (Rev. 9/01) Sheet 5, Part B - Criminal Monetary Penalties

CASE NUMBER: 2:03CR00175-001                    Judgment - Page 6 of 6
DEFENDANT: RALPH ERNEST MUNGARAY

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A [✓] immediately; or

B [ ] $_ immediately, balance due (in accordance with C, D, or E); or

C [ ] not later than _ ; or

D [ ] in installments to commence _ day(s) after the date of this judgment. In the event the entire amount of criminal monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation officer shall pursue collection of the amount due, and shall request the court to establish a payment schedule if appropriate; or

E [ ] in _ (e.g. equal, weekly, monthly, quarterly) installments of $_ over a period of _ year(s) to commence _ day(s) after the date of this judgment.

Special instructions regarding the payment of criminal monetary penalties:

[ ] The defendant shall pay the cost of prosecution.

## FORFEITURE

[ ] The defendant shall forfeit the defendant's interest in the following property to the United States:

1  McGREGOR W. SCOTT
   United States Attorney
2  Patrick K. Hanly
   Assistant U.S. Attorney
3  501 I Street, Ste 10-100
   Sacramento, CA 95814
4  Telephone (916) 554-2910



APR 10 2003

I hereby certify that the annexed
instrument is a true and correct copy of
the original on file in my office.
ATTEST: VICTORIA C. MINOR
Clerk, U.S. District Court
Eastern District of California
By K. Mena-Sanchez
        Deputy Clerk
Dated: 12/12/07

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    ) VIOLATION: 18 U.S.C. § 2113(a)
                             ) Bank Robbery (2 Counts)
            Плaintiff,       )
                             )
      v.                     )
                             )  CR.S-03 · 0175 FCD
RALPH ERNEST MUNGARAY,       )
                             )
            Defendant.       )
_____)

I N D I C T M E N T

COUNT ONE: [18 U.S.C. § 2113(a) - Bank Robbery]

The Grand Jury charges: T H A T

RALPH ERNEST MUNGARAY,

defendant herein, on or about March 13, 2003, in the Eastern District of California, did willfully and by force, violence and intimidation take, from the person or presence of employees of Wells Fargo Bank, 1601 West Capitol Avenue, West Sacramento, California, approximately $1896.50 belonging to and in the care, custody, control, management and possession of the bank, the accounts of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section

1

1 | 2113(a).
2 | COUNT TWO: [18 U.S.C. § 2113(a) - Bank Robbery]
3 | The Grand Jury further charges: T H A T
4 | RALPH ERNEST MUNGARAY,
5 | defendant herein, on or about March 12, 2003, in the Eastern
6 | District of California, did willfully and by force, violence and
7 | intimidation take, from the person or presence of employees of Bank
8 | of America, 7198 Stockton Boulevard, Sacramento, California,
9 | approximately $500 belonging to and in the care, custody, control,
10 | management and possession of the bank, the accounts of which were
11 | then insured by the Federal Deposit Insurance Corporation, in
12 | violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL.

_____
FOREPERSON

McGREGOR W. SCOTT
United States Attorney

# UNITED STATES DISTRICT COURT

Eastern District of California

Criminal Division

CR.S-03·0175 FCD

---

THE UNITED STATES OF AMERICA

vs.

RALPH ERNEST MUNGARAY

---

INDICTMENT

**VIOLATIONS:** 18 U.S.C. § 2113(a) - Bank Robbery (2 Counts)

*A true bill,*

_____ Foreman.

*Filed in open court this* _____ *day*

*of* _____ , A.D. 19 _____

_____ Clerk.

Bail, $ *No bail* (illegible)

_____

GPO 863 525

AO 257 (Rev. 10/95)

PER 18 U.S.C 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

BY:
- [ ] COMPLAINT
- [ ] INFORMATION
- [X] INDICTMENT
- [ ] SUPERSEDING INFORMATION
- [ ] SUPERSEDING

Name of District Court, and/or Judge Magistrate Location (city):
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO, CALIFORNIA**

**OFFENSE CHARGED**
Bank Robbery (2 counts)

- ___ Petty
- ___ Minor
- ___ Misdemeanor
- _X_ Felony

Place of Offense: Sacramento County

U.S.C. Citation: 18 U.S.C § 2113(a)

**DEFENDANT -- U.S. vs.**
Ralph Ernest Mungaray

Address: 500 West 10th Street, Apt. 18
Gilroy, CA

Birth Date: 10/27/62    [X] Male   [ ] Female   [ ] Alien (if applicable)
(Optional unless a juvenile)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any): FBI

[X] this person is awaiting trial in another Federal or State Court, give name of court.
Sacramento Superior Court

[ ] this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21, or 40. Show District

[ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:
- [ ] U.S. Att'y
- [ ] Defense
SHOW DOCKET NO.

[ ] this prosecution relates to a pending case involving this same defendant

[ ] prior proceeding or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
MAGISTRATE CASE NO.

Name and Office of Person Furnishing information on THIS FORM: Brian Alvarez
[ ] U.S. Att'y   [X] Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Patrick K. Hanly

### DEFENDANT

**IS NOT IN CUSTODY**
1) [ ] Has not been arrested, pending outcome this proceeding if not detained give date any prior summons was served on above charges
2) [ ] Is a Fugitive
3) [X] Is on Bail or Release from (show District)
County Charges filed

**IS IN CUSTODY**
4) [ ] On this charge
5) [ ] On another conviction  [ ] Fed'l  [ ] State
6) [ ] Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  [ ] Yes  [X] No
If "Yes" give date

DATE OF ARREST: Mo. ___ Day ___ Year ___
Or ... if arresting Agency & Warrant were not Federal

DATE TRANSFERRED TO U.S. CUSTODY: Mo. ___ Day ___ Year ___

[ ] This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**County Charges filed - Bench Warrant / No Bail**

CR.S-03·0175 FCD

CLOSED, PROB22_OUT

# U.S. District Court
## Eastern District of California - Live System (Sacramento)
### CRIMINAL DOCKET FOR CASE #: 2:03-cr-00175-FCD All Defendants
### Internal Use Only

Case title: USA v. Mungaray

Date Filed: 04/10/2003
Date Terminated: 09/29/2003

Assigned to: Judge Frank C. Damrell, Jr

**Defendant**

**Ralph Ernest Mungaray** (1)
*TERMINATED: 09/29/2003*

represented by **Matthew C. Bockmon**
Office Of The Federal Defender
801 I Street
3rd Floor
Sacramento, CA 95814
(916) 498-5706 x242
Fax: (916) 498-5710
Email: matthew_bockmon@fd.org
*TERMINATED: 09/29/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Timothy Zindel**
Office of the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
(916) 498-5700
Fax: (916) 498-5710
Email: timothy_zindel@fd.org
*TERMINATED: 04/23/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: VICTORIA C. MINOR
Clerk, U.S. District Court
Eastern District of California
By: [signature] Mena Sanchez
Deputy Clerk
Dated 12/12/07

**Pending Counts**

18:2113A.F BANK ROBBERY
(1)

**Disposition**

imprisonment of 57 mos; TSR 36 mos; fine waived; $100 special assessment due immediately; recommendation to North CA or OR; see Judgment and committment

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:2113A.F BANK ROBBERY (2) | DISMISSED |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Patrick Keith Hanly**<br>Law Offices of Patrick K. Hanly<br>400 Capitol Mall<br>Suite 963<br>Sacramento, CA 95814<br>916-449-3930<br>Fax: 916-449-8247<br>Email: pkh@patrickhanlylaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 04/10/2003 | 1 | INDICTMENT by US Attorney Patrick Hanly Counts filed against Ralph Ernest Mungaray (1) count(s) 1-2 (ds) (Entered: 04/10/2003) |
| 04/10/2003 | | ARREST Warrant issued for Ralph Ernest Mungaray by Magistrate Judge John F. Moulds; no bail (ds) (Entered: 04/10/2003) |
| 04/16/2003 | 2 | MINUTES before Magistrate Judge John F. Moulds dft present in custody; government moves for detention; defense argues for release; dft ordered detained; dft Ralph Ernest Mungaray arraigned; NOT GUILTY plea entered; Attorney Timothy L Zindel appointed ; status conference set for 9:30 4/28/03 for Ralph Ernest Mungaray ; C/R ECRO (crf) (Entered: 04/17/2003) |
| 04/16/2003 | 3 | ORDER of Detention of Ralph Ernest Mungaray by Magistrate Judge John F. Moulds (crf) (Entered: 04/17/2003) |
| 04/17/2003 | 4 | ARREST Warrant returned executed as to defendant Ralph Ernest Mungaray defendant arrested on 4/16/03 (crf) (Entered: 04/18/2003) |

| | | |
|---|---|---|
| 04/23/2003 | 5 | SUBSTITUTION OF ATTORNEY Matthew Bockmon replacing attorney Timothy L Zindel for Ralph Ernest Mungaray (ds) (Entered: 04/24/2003) |
| 04/28/2003 | 6 | MINUTES before Judge Frank C. Damrell Jr; dft present and in custody; further status hearing SET for 9:30 6/2/03 for Ralph Ernest Mungaray , T4 for Ralph Ernest Mungaray start date: 4/28/03 end date: 6/2/03 ; appearances by Robert Tice-Raskin for Pat Hanly for govt; and Matt Bockmon for AFD C/R P. McNamara (daw) (Entered: 04/29/2003) |
| 06/02/2003 | 7 | MINUTES before Judge Frank C. Damrell Jr RE: status conference further status hearing set for 9:30 6/30/03 for Ralph Ernest Mungaray , T4 started for Ralph Ernest Mungaray start date: 6/2/03 end date: 6/30/03 C/R Keli Rutherdale (ds) (Entered: 06/03/2003) |
| 06/26/2003 | | LODGED Stip and Order re status hrg by defendant Ralph Ernest Mungaray (alg) (Entered: 06/27/2003) |
| 07/02/2003 | 8 | STIPULATION AND ORDER by Judge Frank C. Damrell Jr status hearing CONTINUED TO 9:30 7/21/03 for Ralph Ernest Mungaray , T4 started for Ralph Ernest Mungaray start date: 7/2/03 end date: 7/21/03 (cc: all counsel) - (ds) (Entered: 07/02/2003) |
| 07/21/2003 | 9 | PLEA Agreement as to Ralph Ernest Mungaray (ds) (Entered: 07/22/2003) |
| 07/21/2003 | 10 | MINUTES before Judge Frank C. Damrell Jr RE: change of plea guilty plea entered by Ralph Ernest Mungaray (1) count(s) 1 , status hearing held on 7/21/03 as to defendant; sentencing hearing set for 9:30 9/29/03 for Ralph Ernest Mungaray C/R Kimberly Watkins (ds) (Entered: 07/22/2003) |
| 07/21/2003 | 11 | SCHEDULE FOR DISCLOSURE OF PSR as to defendant Ralph Ernest Mungaray (ds) (Entered: 07/22/2003) |
| 09/29/2003 | 12 | MINUTES before Judge Frank C. Damrell Jr sentencing Ralph Ernest Mungaray (1) to count(s) 1 imprisonment of 57 mos; TSR 36 mos; fine waived; $100 special assessment due immediately; recommendation to North CA or OR; see Judgment and committment ; counts as to Ralph Ernest Mungaray (1) count(s) 2 DISMISSED ; terminating defendant Ralph Ernest Mungaray case terminated ; C/R Cathie Bodene (crf) (Entered: 09/30/2003) |
| 10/03/2003 | 13 | JUDGMENT and Commitment issued as to Ralph Ernest Mungaray by Judge Frank C. Damrell Jr (ds) (Entered: 10/06/2003) |
| 12/30/2003 | 14 | JUDGMENT and Commitment returned executed on 12/17/03 as to Ralph Ernest Mungaray (ds) (Entered: 12/31/2003) |
| 10/23/2007 | ●15 | PROBATION FORM 12/Petition to Modify the Conditions or term of Supervision signed by Judge Frank C. Damrell Jr. on 10/22/07 re Supervised Release as to Ralph Ernest Mungaray. (Dillon, M) (Entered: 10/23/2007) |

| 12/11/2007 | ●16 | PROBATION JURISDICTION (PROBATION 22 Out) TRANSFERRED to US District Court for the Northern District of California as to Ralph Ernest Mungaray. Signed by Judge Frank C. Damrell Jr. on 11/1/07. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. DEFENDANT TERMINATED. CASE CLOSED. (Mena-Sanchez, L) (Entered: 12/12/2007) |
|---|---|---|
| 12/12/2007 | ●17 | TRANSMITTAL of DOCUMENTS re 16 Probation 22 Out, on *12/11/2007* to * USDC Northern District of Calfornia* *Clerk's Office* *280 South 1st Street* *San Jose, CA 95113*. * Paper Documents: Indictment, Judgment and Commitment and Docket Sheet * *Electronic Documents: 16 *. (Mena-Sanchez, L) (Entered: 12/12/2007) |